

| | | | |
|---|---|---|---|
| K.A.M. v. B.K. . . . . . . . . . . . . . . . . . . . . . . | 2142 MDA 2015<br>Vacated and<br>Remanded | 08/24/2016 | 09–4067<br>(Berks) |
| Com. v. Colon–Rodriguez . . . . . . . . . . . . . | 129 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–06–CR–0004476–<br>2014<br>(Berks) |
| Com. v. Vitka . . . . . . . . . . . . . . . . . . . . . . . | 1985 WDA 2014<br>Affirmed | 08/24/2016 | CP–61–CR–0000262–<br>2014<br>(Venango) |
| Com. v. Benjamin . . . . . . . . . . . . . . . . . . . . | 43 WDA 2015<br>Vacated | 08/24/2016 | CP–02–CR–0005681–<br>2013<br>(Allegheny) |
| In re Reichle; Appeal of Reichle [27] . . . . . . | 802 WDA 2015<br>Affirmed | 08/24/2016 | No. 2706 of 2013<br>(Allegheny) |
| Com. v. Street . . . . . . . . . . . . . . . . . . . . . . | 952 WDA 2015<br>Affirmed | 08/24/2016 | CP–02–CR–0011095–<br>2009<br>(Allegheny) |
| Mitchell v. Highland Park Care . . . . . . . . | 1057 WDA 2015<br>Affirmed | 08/24/2016 | No. GD–12–000832<br>(Allegheny) |
| Selwood v. Selwood . . . . . . . . . . . . . . . . . . | 1140 WDA 2015<br>Affirmed | 08/24/2016 | FD 10–007983–008<br>(Allegheny) |
| Selwood v. Selwood . . . . . . . . . . . . . . . . . . | 1141 WDA 2015<br>Quashed | 08/24/2016 | FD10–007983–008<br>(Allegheny) |
| Com. v. Sarvis . . . . . . . . . . . . . . . . . . . . . . | 1150 WDA 2015<br>Affirmed | 08/24/2016 | CP–02–SA–0000304–<br>2014<br>(Allegheny) |
| Com. v. Church [28] . . . . . . . . . . . . . . . . . . | 1244 WDA 2015<br>Affirmed | 08/24/2016 | CP–65–CR–0000465–<br>2014<br>(Westmoreland) |
| Com. v. Adams . . . . . . . . . . . . . . . . . . . . . . | 1692 WDA 2015<br>Affirmed | 08/24/2016 | CP–65–CR–0002035–<br>2014<br>(Westmoreland) |
| Com. v. Hobai . . . . . . . . . . . . . . . . . . . . . . | 1747 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/24/2016 | CP–25–CR–0000916–<br>2001<br>(Erie) |
| Com. v. Burton . . . . . . . . . . . . . . . . . . . . . . | 1879 WDA 2015<br>Affirmed | 08/24/2016 | CP–02–CR–0003132–<br>2015<br>(Allegheny) |
| J.P.W., Jr. v. A.N.H. . . . . . . . . . . . . . . . . . . | 191 WDA 2016<br>Affirmed | 08/24/2016 | 2010–10883<br>(Washington) |
| Com. v. Borchert . . . . . . . . . . . . . . . . . . . . | 205 WDA 2016<br>Affirmed | 08/24/2016 | CP–10–CR–0001932–<br>2007<br>(Butler) |

**27.** Petition for reargument denied October 31, 2016.
**28.** Petition for reargument denied November 03, 2016.